**Dismissed and Memorandum Opinion filed May 15, 2018.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-18-00325-CR

_____

**FELIX RAMIREZ, JR., Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 185th District Court**
**Harris County, Texas**
**Trial Court Cause No. 869189**

## M E M O R A N D U M    O P I N I O N

This is an attempted appeal of the denial of a motion for the appointment of habeas corpus counsel.

A ruling denying a motion to appoint counsel is an interlocutory order. *See e.g. Gutierrez v. State*, 307 S.W.3d 318, 323 (Tex. Crim. App. 2010) ("an order denying appointed counsel under Article 64.01(c) is not an immediately appealable order"). We do not have jurisdiction to review interlocutory orders unless

jurisdiction has been expressly granted by statute. *Apolinar v. State*, 820 S.W.2d 792, 794 (Tex. Crim. App. 1991). There is no statutory authorization to appeal the denial of a motion to appoint counsel for a habeas corpus.

Accordingly, this appeal is dismissed for want of jurisdiction

PER CURIAM

Panel consists of Justices Jamison, Wise, and Jewell.
Do Not Publish — Tex. R. App. P. 47.2(b).